IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RUSSEL HARPER**                                                                                    **PLAINTIFF**

v.                                              No. 4:11CV00904 KGB

**PATRICK R. DONAHOE, Postmaster General,**
**UNITED STATED POSTAL SERVICE**                                                **DEFENDANT**

**AGREED ORDER SETTLING MOTION TO COMPEL**

Plaintiff and Defendant, represented by the undersigned attorneys, have agreed to the following terms to settle the Motion to Compel filed by the Defendant on December 7, 2012.

1. The parties agree to simultaneously mail documents in response to the Request for Production of Documents (that objections were not made to being provided in the parties' responses) on December 19, 2012. The parties agree to provide these copies without charging.

2. The parties request that the discovery deadline be extended until January 31, 2013.

3. The parties request that the motion deadline be extended to the next business day after 30 days from the discovery deadline, or March 4, 2013.

4. The parties respectfully request that the Court continue the trial date currently set for March 4, 2013, to allow the parties time to complete discovery and file and respond to dispositive motions and obtain a ruling from the Court before the trial.

5. The parties state that this is the first trial setting for this case.

Therefore, the motion to compel is denied as moot based on the parties' agreed resolution of the discovery issues (Dkt. No. 13). The motion to continue the trial date is granted (Dkt. No. 14). The Court will issue an amended final scheduling order that contains a new trial date and revised pretrial deadlines with the exception of the deadlines to add parties, amend pleadings, and expert disclosure deadlines, as those dates have passed. The amended scheduling order will also include a new discovery deadline of January 31, 2013, and a revised motions deadline of March 4, 2013.

SO ORDERED this the 12th day of December, 2012.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge