IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RUSSEL HARPER**                                                                                           **PLAINTIFF**

v.                                           No. 4:11CV00904 KGB

**PATRICK R. DONAHOE, Postmaster General,**
**UNITED STATED POSTAL SERVICE**                                         **DEFENDANT**

## ORDER

The Court removes this case from the trial docket for the week of July 22, 2013.

The Court has under advisement the motion for summary judgment (Dkt. No. 22).

SO ORDERED this 3rd day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE