**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RUSSELL HARPER**                                                                                                   **PLAINTIFF**

v.                               Case No. 4:11CV00904 KGB

**PATRICK R. DONAHOE, Postmaster General,
UNITED STATES POSTAL SERVICE**                                                          **DEFENDANT**

**JUDGMENT**

Consistent with the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that plaintiff Russell Harper's Title VII claims for race and gender discrimination, 42 U.S.C. § 2000e-16, are dismissed with prejudice, and Mr. Harper's reasonable-accommodation and disparate-treatment claims under the Rehabilitation Act, 29 U.S.C. § 794, are dismissed with prejudice.

SO ORDERED this the 12th day of July, 2013.

_____
Kristine G. Baker
United States District Judge